UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| RONALD JONES AND DONALD JONES, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> BUDDY GREGG MOTOR HOMES, INC., and ) <br> COUNTRY COACH LLC, ) <br> ) <br> Defendants. ) | No. 3:08-cv-245 <br><br> (Phillips) |

## ORDER

This matter is before the Court on the plaintiffs' Second Motion for Default Judgment [Doc. 41]. Plaintiffs request that the Court enter default judgment against defendant Buddy Gregg Motor Homes, Inc. (hereafter, "Buddy Gregg").

An entry of default was entered against defendant Buddy Gregg on April 19, 2010 [Doc. 40]. On April 26, 2010, plaintiffs filed a Second Motion for Default Judgment [Doc. 41], seeking default judgment under Rule 55(b)(2) of the Federal Rules of Civil Procedure against defendant Buddy Gregg.

Accordingly, plaintiffs' Second Motion for Default Judgment [Doc. 41] is **GRANTED**. whereby **DEFAULT JUDGMENT IS HEREBY ENTERED** against defendant Buddy Gregg and in favor of plaintiffs, in an amount to be determined by the Court. **IT IS FURTHER ORDERED** that an evidentiary hearing will be held on **JULY 20, 2010, at 9:00 a.m.** to determine the amount of damages plaintiffs are entitled to.

1

**IT IS SO ORDERED**.

**ENTER:**

      <u>s/ Thomas W. Phillips</u>
      United States District Judge